# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEVI S. LABUFF,<br><br>Defendant. | CR 03-83-GF-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Second Amended Petition on September 27, 2021, requesting that the Court revoke Defendant Levi Labuff's supervised release. (Doc. 238). The Court conducted a revocation hearing on September 28, 2021. Labuff admitted all of the alleged violations.

The Court stated that the sentencing portion of the hearing would be continued approximately 75 days. The Court stated Labuff would be released from custody pending the sentencing hearing, subject to certain conditions.

Accordingly, IT IS HEREBY ORDERED:

1. The Court will conduct the sentencing portion of Labuff's revocation hearing at 1:30 p.m. on December 14, 2021, at the Missouri River Courthouse in Great Falls, Montana.

2. Labuff shall be released from custody pending his sentencing

hearing. Labuff must comply with the release conditions imposed previously and the following two new conditions:

    a.    Labuff shall participate in a location monitoring program that monitors his movements. Labuff shall pay all or part of the costs of the location monitoring program as directed by his probation officer; and

    b.    Labuff shall be restricted to his residence at all times except for activities pre-approved by his probation officer.

DATED this 29th day of September, 2021.

John Johnston<br>
United States Magistrate Judge